**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 14 C 0667 |
| v. | ) ) ) | Honorable Virginia M. Kendall District Judge |
| LOCKER MOVING AND STORAGE, INC., an Ohio corporation, | ) ) ) ) | |
| *Defendant*. | ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., as Trustee, hereby move the Court to enter a consent judgment in favor of Plaintiffs and against the Defendant, Locker Moving and Storage, Inc. ("Locker"). In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this action to collect withdrawal liability from Locker under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq*.

2. Locker has agreed to the entry of a consent judgment.

3. In light of the foregoing, Plaintiffs request that this Court enter a consent judgment against Locker.

4. A copy of the proposed Consent Judgment is attached hereto as Exhibit A. The proposed Consent Judgment has also been submitted to the Court's proposed order e-mail address.

TM:527286 / 13410059 / 8/6/14

-1-

WHEREFORE, Plaintiffs respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit A.

Respectfully submitted,

August 6, 2014

/s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Plaintiffs
Central States Funds
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018-4938
(847) 939-2469
ARDC # 06210910
tnapoli@centralstates.org

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, certify that on August 6, 2014, I electronically filed the forgoing Plaintiffs' Motion for Entry of Consent Judgment with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system.

/s/ Anthony E. Napoli
Anthony E. Napoli
One of Central States' Attorneys